# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1318     Short Title: APPLL v. Town of Bar Harbor

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

TOWN OF BAR HARBOR _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Jonathan P. Hunter            04/10/2024
Signature                          Date

Jonathan P. Hunter
Name

Rudman Winchell                   (207) 947-4501
Firm Name (if applicable)         Telephone Number

P.O. Box 1401                     (207) 941-9715
Address                           Fax Number

Bangor, ME 04402-1401             jhunter@rudmanwinchell.com
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 1210939

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes  Court of Appeals No. _____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).