# United States Court of Appeals
## For the First Circuit
_____

Nos. 24-1317
      24-1318
      24-1385

ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS; B.H. PIERS,
L.L.C.; GOLDEN ANCHOR, L.C., d/b/a Harborside Hotel; B.H.W.W., L.L.C.; DELRAY
EXPLORER HULL 495 LLC; DELRAY EXPLORER HULL 493 LLC; ACADIA EXPLORER
492, LLC; PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION,

Plaintiffs - Appellants/Cross-Appellees,

v.

CHARLES SIDMAN,

Defendant -Appellee/Cross-Appellant,


TOWN OF BAR HARBOR, a Municipal Corporation of the State of Maine,

Defendant-Appellee.
_____

## ORDER OF COURT

Entered: June 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appeal Nos. 24-1317 and 24-1318 are hereby consolidated. Appeal No. 24-1385 is a cross appeal to Appeal Nos. 24-1317 and 24-1318. Pursuant to Fed. R. App. P. 28.1, it is hereby ordered that plaintiffs Association to Preserve and Protect Local Livelihoods, B.H. Piers, L.L.C., Golden Anchor, L.C., B.H.W.W., L.L.C., Delray Explorer Hull 495 LLC, Delray Explorer Hull 493 LLC, Acadia Explorer 492, LLC and Penobscot Bay and River Pilots Association be deemed the appellants/cross-appellees ("appellants") and that defendant Charles Sidman be deemed the appellee/cross-appellant ("appellee"). Defendant Town of Bar Harbor is deemed a defendant-appellee only. **The parties are directed to use the above caption on all future filings related to these cases.**

The following is the briefing schedule for these appeals:

First Brief:     Appellants' principal brief and appendix are due on or before **July 30, 2024.**

Second Briefs: Appellee's principal/response and Defendant-Appellee's response must be filed within 30 days of service of the first brief;

Third Brief: Appellants' response/reply must be filed within 30 days of service of the second brief; and

Fourth Brief: Appellee's reply brief must be filed within 14 days of service of the third brief.

Any party wishing to object to any part of this order must file a written objection by no later than **July 5, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy C. Woodcock
Seth W. Brewster
P. Andrew Hamilton
Janna L. Gau
Patrick W. Lyons
Charles Jonathan Benner
John Scott Kingston
Twain Braden
Kathleen E. Kraft
Allison A. Economy
Jonathan P. Hunter
Stephen W. Wagner
David P. Silk
Richard P. Olson
Jason J. Theobald
Robert J. Papazian

# CROSS APPEALS
# INFORMATION SHEET
### Fed. R. App. P. 28.1

| BRIEF | BRIEF COVER<br>Fed. R. App. P. 28.1 | LENGTH LIMIT<br>Fed. R. App. P. 28.1(e) | DUE DATE<br>Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief**<br><br>Appellants/Cross-Appellees' PRINCIPAL BRIEF | Blue | 30 PAGES<br>*or*<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Briefs**<br><br>Appellee/Cross-Appellant's PRINCIPAL/RESPONSE BRIEF<br><br>and<br><br>Defendant-Appellee's RESPONSE BRIEF | Red | 35 PAGES<br>*or*<br>15,300 WORDS/<br>1,500 LINES (monospaced text only)<br><br><br>30 PAGES<br>*or*<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 30 days later |
| **Third Brief**<br><br>Appellants/Cross-Appellees' RESPONSE/REPLY BRIEF | Yellow | 30 PAGES<br>or<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 30 days later |
| **Fourth Brief**<br><br>Appellee/Cross-Appellant's REPLY BRIEF | Grey | 15 PAGES<br>*Or*<br>6,500 WORDS/<br>650 LINES (monospaced text only) | 21 days later |