# United States Court of Appeals
## For the First Circuit

No.  24-1317
    24-1318
    24-1385

ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS; B.H. PIERS, L.L.C.; GOLDEN ANCHOR, L.C., d/b/a Harborside Hotel; B.H.W.W., L.L.C.; DELRAY EXPLORER HULL 495 LLC; DELRAY EXPLORER HULL 493 LLC; ACADIA EXPLORER 492, LLC; PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION,

Plaintiffs - Appellants/Cross-Appellees,

v.

CHARLES SIDMAN,

Defendant -Appellee/Cross-Appellant,

TOWN OF BAR HARBOR, a Municipal Corporation of the State of Maine,

Defendant-Appellee.

Before

Gelpí, Montecalvo and Rikelman,
Circuit Judges.

**ORDER OF COURT**

Entered: July 31, 2024

The renewed Joint Motion for Injunction Pending Appeal is denied for failure to meet the standard for issuance of such relief. See Bos. Parent Coal. for Acad. Excellence Corp. v. Sch. Comm. of City of Bos., 996 F.3d 37, 44 (1st Cir. 2021).

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy C. Woodcock
Seth W. Brewster
P. Andrew Hamilton
Janna L. Gau
Patrick W. Lyons
Charles Jonathan Benner
John Scott Kingston
Twain Braden
Kathleen E. Kraft
Allison A. Economy
Jonathan P. Hunter
Stephen W. Wagner
David P. Silk
Richard P. Olson
Jason J. Theobald
Robert J. Papazian