# United States Court of Appeals
## For the First Circuit

_____

Nos. 24-1317
     24-1318
     24-1385

ASSOCIATION TO PRESERVE AND PROTECT LOCAL LIVELIHOODS; B.H. PIERS, L.L.C.; GOLDEN ANCHOR, L.C., d/b/a Harborside Hotel; B.H.W.W., L.L.C.; DELRAY EXPLORER HULL 495 LLC; DELRAY EXPLORER HULL 493 LLC; ACADIA EXPLORER 492, LLC; PENOBSCOT BAY AND RIVER PILOTS ASSOCIATION,

Plaintiffs - Appellants/Cross-Appellees,

v.

CHARLES SIDMAN,

Defendant -Appellee/Cross-Appellant,

TOWN OF BAR HARBOR, a Municipal Corporation of the State of Maine,

Defendant-Appellee.
_____

**ORDER OF COURT**

Entered: August 14, 2024
Pursuant to 1st Cir. R. 27.0(d)

      On August 6, 2024, Movant Pioneer Public Interest Law Center filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, the brief does not contain the statement required by Fed. R. App. P. 29(a)(4)(E). The statement must indicate whether: (i) A party's counsel authored the brief in whole or in part; (ii) a party or a party's counsel contributed money that was intended to fund preparing or submitting the brief; and (iii) a person - - other than the amicus curiae, its members or its counsel -- contributed money that was intended to fund preparing or submitting the brief and, if so, identifies each such person. Lastly, Attorney Theodore J. Folkman must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and an appearance form must be filed no later than **August 21, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy C. Woodcock
Seth W. Brewster
P. Andrew Hamilton
Janna L. Gau
Patrick W. Lyons
Charles Jonathan Benner
John Scott Kingston
Twain Braden
Kathleen E. Kraft
Allison A. Economy
Jonathan P. Hunter
Stephen W. Wagner
David P. Silk
Richard P. Olson
Jason J. Theobald
Robert J. Papazian
Theodore Joel Folkman
John C. LaLiberte
Derek L. Shaffer
Christopher G. Michel